N THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **AMAZON CONTENT SERVICES, LLC,** *et al.*, § § § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. **3:24-CV-733-L-BK** |
| § | |
| **WILLIAM FREEMON, II,** *et al.*, § § § | |
| Defendants. § | |

# ORDER

On August 11, 2025, the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 106) was entered, recommending that the two-page Motion to Dismiss (Doc. 27) filed by pro se Defendant William Freemon, II on November 21, 2024, be denied because, "even construed liberally, [it] is merely a list of conclusory assertions, devoid of content" that does not provide an adequate basis to challenge Plaintiffs' claims in this case for copyright infringement. Doc. 106 at 2-3. No objections to the Report were filed as of the date of this order, and the time for filing objections has expired.

Having considered the Motion, the parties' briefs, the pleadings, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **denies** the Motion (Doc. 27).

**It is so ordered** this 26th day of August, 2025.

_Sam A. Lindsay_
Sam A. Lindsay
United States District Judge

**Order – Solo Page**